# Exhibit 3, Part 28

**Exhibit 4**

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office entry reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002A6A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YFC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 002A6A02 | Natalia Veronikna | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 002A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | B975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 002A6A04 | Ishan Tagawa | First Search Order - Premises | Floor | Desktop | E1YFC08 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 002A6A05 | Sandesh Dhimne | First Search Order - Premises | Floor | Desktop | E1YFC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 002A6A06 | Sandesh Dhimne | First Search Order - Premises | Floor | Drive top | N/A | Dell | Optiplex 7040 | N/A | Teta | ProductCode | 50271335D2493137547 | 8.00 | 2018/06/28 |
| 002A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YFC01 | Dell | Optiplex 7040 | 6B75282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 002A6A08 | Claudiu | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EAMQC0771443H 12M | Seagate | ST500LM000-1EJ | V7NSGT76 | 500.00 | 2018/06/28 |
| 002A6A09 | Raghu (intern) | First Search Order - Premises | Floor | Drive top | E1YFC02 | Apple | iMAC All in one | C02V1895GC7N | Apple | N/A | SP8NY4GB494490 | 2000.00 | 2018/06/28 |
| 002A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAC6 | Apple | Macbook Pro | C02T12396GTFA | Apple | SSD | C02T0302NAHCG418 | 1000.00 | 2018/06/28 |
| 002A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA75BCNP | 1000.00 | 2018/06/28 |
| 002A6A12 | Oddvile Majpiudde | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Apple | MAC All in one | C02DW0CX5G7N | Apple | SSD | SP8NY0G35225 | 2000.00 | 2018/06/28 |
| 002A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YFC012 | Dell | Optiplex 7040 | H875282 | Sandisk | SSD | 25460740G101 | 240.00 | 2018/06/28 |
| 002A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154975403145 | 240.00 | 2018/06/28 |
| 002A6A15 | Mark Fernandes | First Search Order - Premises | Center | Desktop | E1YFC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 002A6A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | EU1YB63 / ELY1PT22 | Apple | iPhone 7 Plus | F0CDQ1243875J4 12M | N/A | N/A | 500000506G29F | 1000.00 | 2018/06/28 |
| 002A6A17 | Sanjay Shah | First Search Order - Premises | Floor | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | E1YFC010 | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 002A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | Optiplex 7040 | 7U75282 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 002A6A20 | Natalia Veronikna | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT5E9 G2 | 98AFDAE18E09 | 2000.00 | 2018/06/28 |
| 002A6A21 | Puja Tiwari | First Search Order - Premises | HR Room | Desktop | EQU-MAC3 | Apple | MAC All in one | C02DC2C2SG7N | Apple | SSD | SP8NY4GB37810 | 2000.00 | 2018/06/28 |
| 002A6A22 | Uzma Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC07 | Dell | Optiplex 7040 | 4B75282 | Sandisk | SSD | 154734402403 | 240.00 | 2018/06/28 |
| 002A6A23 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | N/A | Apple | N/A | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 002A6A24 | Wail Anwar | First Search Order - Premises | Floor | Desktop | E1YFC011 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154975403825 | 240.00 | 2018/06/28 |
| 002A6A25 | Natalia Veronikna | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVF132A1CM | 54620038-0003061 / Service | N/A | SSD | 535YNYA0623861 | 120.00 | 2018/06/28 |
| 002A6A26 | Alvin Menezince | First Search Order - Premises | Floor | Dongles | N/A | N/A | N/A | N/A | Apple | N/A | N/A | N/A | 2018/06/28 |
| 002A6A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC All in one | C02DW2URSG7N | Apple | SSD | SP8NY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 002A6A28 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Hitachi | 7pp HDD | CO7H7140D101 | Hitachi | HDD | 1226021HHZP1C | 500.00 | 2018/07/01 |
| 002A6A29 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | T6356YF2P0101 | N/A | N/A | 1230HFOK61HRT | 500.00 | 2018/07/01 |
| 002A6A30 | Uzma Shah | First Search Order - Premises | Floor | DVD | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 002A6A31 | Sanjay Shah | First Search Order - Premises | Storage Cat | Desktop | E1YLPT01 | Asus | UX305L | EAMQC0771203433 12M | Seagate | ST500LM000-1EJ | W7NGGWDC | 500.00 | 2018/07/01 |
| 002A6A32 | Unknown | First Search Order - Premises | Storage Cat | Desktop | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/07/01 |
| 002A6A33 | Unknown | First Search Order - Premises | Storage Cat | Laptop | E1YLPT02 | Asus | UX305L | EAMQC010Y70SJ4 12M | N/A | N/A | N/A | N/A | 2018/07/02 |
| 002A6A34 | Natalia Veronikna | First Search Order - Premises | Storage Cat | Laptop | E1YLPT08 | Asus | UX305L | C0XQ1493B0101A 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A35 | Unknown | First Search Order - Premises | Floor | Laptop | E1YLPT06 | Apple | Macbook Pro - A1707 | C02VC2671M | N/A | N/A | 5MXG12L | N/A | 2018/07/02 |
| 002A6A36 | Unknown | First Search Order - Premises | - | Network Share | admin@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/01 |
| 002A6A37 | Sanjay Shah | First Search Order - Premises | - | Network Share | asset@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A38 | Unknown | First Search Order - Premises | - | Network Share | cat.chef@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A39 | Rashmi / Yoitha / Mak | First Search Order - Premises | - | Network Share | ceo@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 002A6A40 | Sandesh Dhimne | First Search Order - Premises | - | Network Share | cfo@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 002A6A41 | Unknown | First Search Order - Premises | - | Network Share | consultant@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 002A6A42 | Stephania Paun / UKt | First Search Order - Premises | - | Network Share | director@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 002A6A43 | Wail Anwar | First Search Order - Premises | - | Network Share | fd@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | finance@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | IT@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | HR@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | Legal@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | Floor | Network Share | od@ely.sumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Laptop | E1YLTP06 | Asus | UX305L | F1HKCL155090SSA 12M | HGST | HDD | 50A00055G9NTBK | 1000.00 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/12 |
| 002A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DB246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DB246A44 | Multiple | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DB246A44 | Multiple | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DB246A44 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E5S1CSU5 | 1000.00 | 2018/08/14 |
| DB246A45 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WX81A75EZXU | 1000.00 | 2018/08/14 |
| DB246A46 | Unknown | First Search Order - Premises | . | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6S28KX7 | 3000.00 | 2018/07/17 (Failed) |
| DB246A47 | Unknown | First Search Order - Premises | . | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| DB246A48 | Sanjay Shah | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DB246A48 | Mark Fernandes | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DB246A48 | Usha Shah | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DB246A48 | Sandesh Dhomme | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DB246A48 | Wali Anwar | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DB246A48 | Unknown_Admin | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DB246A48 | Unknown_Asset | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DB246A48 | Unknown_Catchall | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DB246A48 | Unknown_CFO | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DB246A48 | Unknown_Finance | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DB246A48 | Unknown_HR | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DB246A48 | Unknown_Legal | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DB246A48 | Unknown_OD | Remote Server Collection | . | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DB246A49 | Sanjay Shah | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DB246A49 | Mark Fernandes | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DB246A49 | Usha Shah | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DB246A49 | Sandesh Dhomme | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| DB246A49 | Wali Anwar | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DB246A49 | Unknown_Admin | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DB246A49 | Unknown_Asset | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| DB246A49 | Unknown_Catchall | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DB246A49 | Unknown_CFO | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DB246A49 | Unknown_Finance | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DB246A49 | Unknown_HR | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.40 | 2018/09/25 |
| DB246A49 | Unknown_Legal | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DB246A49 | Unknown_OD | Remote Server Collection | . | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DB246O01 | Philip Punwar | Provided by Legal Counsel | . | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DB246O02 | Multiple | First Search Order - Premises | . | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DB246O01 | Multiple | Remote Server Collection | . | DociCaft DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DB246O01 | Multiple | Remote Server Collection | . | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DB246O03 | Multiple | Remote Server Collection | . | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DB246O04 | Multiple | Remote Server Collection | . | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**