# Exhibit 47, Part 6

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.12 - Summary of Dividend Refund Claims Filed by the Costello Advisors Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/07/15 | Syntax GIS | Novozymes A/S - B | 754,559 | 611,193 | 92,269 |
| 05/07/15 | Syntax GIS | TDC A/S | 3,215,984 | 868,316 | 131,086 |
| 05/07/15 | Syntax GIS | DSV A/S | 799,852 | 345,536 | 52,164 |
| 05/07/15 | Syntax GIS | Danske Bank A/S | 3,252,599 | 4,830,110 | 729,183 |
| 05/07/15 | Syntax GIS | Pandora A/S | 448,005 | 1,088,652 | 164,350 |
| 05/07/15 | Syntax GIS | GN Store Nord A/S | 631,884 | 153,548 | 23,181 |
| 05/07/15 | Syntax GIS | Novo Nordisk A/S - B | 6,731,490 | 9,087,512 | 1,371,907 |
| 05/07/15 | Syntax GIS | Tryg A/S | 35,294 | 276,352 | 41,720 |
| 05/07/15 | Syntax GIS | FLSmidth & Co A/S | 80,583 | 195,817 | 29,562 |
| 05/07/15 | Syntax GIS | Carlsberg A/S - B | 179,029 | 435,040 | 65,676 |
| 05/07/15 | Syntax GIS | Vestas Wind Systems A/S | 380,663 | 400,838 | 60,513 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,904 | 4,206,272 | 635,005 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 8,100 | 4,310,577 | 650,751 |
| 05/15/15 | Syntax GIS | Coloplast A/S - B | 294,479 | 357,792 | 54,858 |
| | | **Total** | | **27,167,553** | **4,102,226** |

Notes:

[1] SKAT_MDL_001_00085151.

[2] Historical daily exchange rates obtained from Capital IQ.

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.13 - Summary of Dividend Refund Claims Filed by the Proper Pacific LLC 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/20/15 | Goal Taxback Limited | Chr. Hansen Holding A/S | 839,500 | 854,527 | 122,962 |
| 04/20/15 | Goal Taxback Limited | Coloplast A/S - B | 930,208 | 1,883,671 | 271,051 |
| 04/21/15 | Goal Taxback Limited | Novo Nordisk A/S - B | 6,634,763 | 8,956,930 | 1,288,730 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 7,879 | 4,192,967 | 603,287 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 8,083 | 4,301,530 | 618,907 |
| 04/27/15 | Goal Taxback Limited | Novozymes A/S - B | 683,931 | 553,984 | 80,876 |
| 04/27/15 | Goal Taxback Limited | TDC A/S | 3,293,727 | 889,306 | 129,830 |
| 04/27/15 | Goal Taxback Limited | DSV A/S | 692,422 | 299,126 | 43,669 |
| 04/27/15 | Goal Taxback Limited | Danske Bank A/S | 2,906,712 | 4,316,467 | 630,160 |
| 04/27/15 | Goal Taxback Limited | Pandora A/S | 400,364 | 972,885 | 142,031 |
| 04/27/15 | Goal Taxback Limited | GN Store Nord A/S | 622,804 | 151,341 | 22,094 |
| 04/27/15 | Goal Taxback Limited | Tryg A/S | 34,813 | 272,586 | 39,795 |
| 04/27/15 | Goal Taxback Limited | FLSmidth & Co A/S | 81,037 | 196,920 | 28,748 |
| 04/27/15 | Goal Taxback Limited | Carlsberg A/S - B | 180,313 | 438,161 | 63,967 |
| 04/27/15 | Goal Taxback Limited | Vestas Wind Systems A/S | 377,809 | 397,833 | 58,079 |
| 05/15/15 | Goal Taxback Limited | Coloplast A/S - B | 294,370 | 357,660 | 54,838 |
| | | **Total** | | **29,035,894** | **4,199,026** |

Notes:

[1] SKAT_MDL_001_00077772.

[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.14 - Summary of Dividend Refund Claims Filed by the SVP 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/26/15 | Syntax GIS | Novozymes A/S - B | 806,895 | 653,585 | 95,360 |
| 05/26/15 | Syntax GIS | TDC A/S | 2,997,556 | 809,340 | 118,085 |
| 05/26/15 | Syntax GIS | DSV A/S | 786,623 | 339,821 | 49,581 |
| 05/26/15 | Syntax GIS | Pandora A/S | 457,499 | 1,111,723 | 162,203 |
| 05/26/15 | Syntax GIS | Danske Bank A/S | 3,321,528 | 4,932,469 | 719,659 |
| 05/26/15 | Syntax GIS | GN Store Nord A/S | 539,922 | 131,201 | 19,143 |
| 05/26/15 | Syntax GIS | Novo Nordisk A/S - B | 5,751,820 | 7,764,957 | 1,132,925 |
| 05/26/15 | Syntax GIS | Tryg A/S | 34,929 | 273,494 | 39,903 |
| 05/26/15 | Syntax GIS | FLSmidth & Co A/S | 80,428 | 195,440 | 28,515 |
| 05/26/15 | Syntax GIS | Carlsberg A/S - B | 178,819 | 434,530 | 63,399 |
| 05/26/15 | Syntax GIS | Vestas Wind Systems A/S | 372,304 | 392,036 | 57,199 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,841 | 4,172,745 | 608,813 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 7,859 | 4,182,324 | 610,211 |
| 05/26/15 | Syntax GIS | Coloplast A/S - B | 295,344 | 358,843 | 52,356 |
| | | **Total** | | **25,752,508** | **3,757,351** |

Notes:

[1] SKAT_MDL_001_027929.

[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.15 - Summary of Dividend Refund Claims Filed by the Oaks Group Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/17/15 | Acupay System LLC | Chr. Hansen Holding A/S | 882,144 | 897,934 | 130,077 |
| 04/17/15 | Acupay System LLC | Coloplast A/S - B | 990,463 | 2,005,688 | 290,549 |
| 04/24/15 | Acupay System LLC | Novo Nordisk A/S - B | 6,265,681 | 8,458,669 | 1,232,701 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - A | 39,792 | 21,176,109 | 3,086,042 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - B | 40,186 | 21,385,784 | 3,116,598 |
| 05/01/15 | Acupay System LLC | Novozymes A/S - B | 699,630 | 566,700 | 84,998 |
| 05/01/15 | Acupay System LLC | TDC A/S | 2,808,409 | 758,270 | 113,731 |
| 05/01/15 | Acupay System LLC | DSV A/S | 558,466 | 241,257 | 36,186 |
| 05/01/15 | Acupay System LLC | Danske Bank A/S | 3,256,796 | 4,836,342 | 725,393 |
| 05/01/15 | Acupay System LLC | Pandora A/S | 448,583 | 1,090,057 | 163,495 |
| 05/01/15 | Acupay System LLC | GN Store Nord A/S | 588,158 | 142,922 | 21,437 |
| 05/01/15 | Acupay System LLC | Tryg A/S | 174,086 | 1,363,093 | 204,448 |
| 05/01/15 | Acupay System LLC | FLSmidth & Co A/S | 400,182 | 972,442 | 145,855 |
| 05/01/15 | Acupay System LLC | Carlsberg A/S - B | 889,131 | 2,160,588 | 324,062 |
| 05/01/15 | Acupay System LLC | Vestas Wind Systems A/S | 1,877,229 | 1,976,722 | 296,485 |
| 05/22/15 | Acupay System LLC | Coloplast A/S - B | 1,459,548 | 1,773,351 | 261,935 |
| | | | **Total** | **69,805,930** | **10,233,991** |

Notes:
[1] SKAT_MDL_001_035653.
[2] Historical daily exchange rates obtained from Capital IQ.

## **APPENDIX D**

## **EXHIBIT 3 – BELLWETHER CASE TRADES**


**PROVIDED ELECTRONICALLY**

**APPENDIX D**

**EXHIBIT 4 – BELLWETHER CASH FLOW ANALYSIS**

CONFIDENTIAL.

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 4 – Summary of Bellwether Cash Flows

| Pension Plan[1] | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John van Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | 1,970,247,159 | 39,910,271 | 10,621,413 | (55,545) | (7,107,621) | (70,814) | - | - | 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | 2,066,790,606 | 44,953,257 | 11,923,504 | (53,830) | (7,849,298) | (136,322) | (3,689,851) | - | 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John van Merkensteijn | 672,112,226 | 15,373,992 | 4,150,978 | (35,283) | (3,113,233) | (115,581) | - | - | 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | 646,576,763 | 14,657,801 | 3,957,606 | (33,640) | (2,968,205) | (94,177) | - | - | 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | 802,387,731 | 17,092,435 | 4,704,675 | (35,285) | (3,528,506) | (147,493) | - | - | 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | 1,074,275,449 | 38,725,090 | 10,455,774 | (52,061) | (7,841,831) | (132,379) | (2,350,183) | 41,194 | 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | 1,041,022,669 | 36,885,870 | 9,959,185 | (53,866) | (7,469,389) | (148,186) | (2,316,050) | 150,274 | 121,967 | 1.2% |
| The Baroreset Capital Investments LLC 401(k) Plan[11] | David Zelman | 694,869,341 | 16,223,622 | 4,380,378 | (32,853) | (3,285,283) | (119,089) | (933,950) | 38,134 | 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | 660,099,881 | 14,872,599 | 4,015,602 | (30,117) | (3,889,380) | (96,105) | - | - | - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | 737,873,456 | 15,891,086 | 4,290,593 | (42,906) | (4,118,328) | (129,301) | - | (59) | - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | 1,183,509,081 | 38,830,045 | 10,484,112 | (53,252) | (10,275,618) | (155,142) | - | - | - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | 783,034,148 | 15,995,932 | 4,318,902 | (43,189) | (4,150,142) | (125,582) | - | 11 | - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | 1,139,614,285 | 38,221,886 | 10,319,909 | (52,108) | (10,140,940) | (133,557) | - | 6,695 | - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | 610,996,178 | 14,097,947 | 3,806,446 | (28,548) | (3,689,260) | (88,637) | - | - | - | 0.0% |
| **Total** | | $ 15,962,407,201 | $ 400,097,608 | $ 107,747,836 | $ (696,977) | $ (86,302,533) | $ (1,887,784) | $ (9,290,034) | $ 236,249 | $ 9,806,757 | |
| *% of Tax Refunds* | | | | | | *80.1%* | | *8.6%* | | | |

Notes:
1 See Exhibit 1.0[1.0]4
2 This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.
3 Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059293; SKAT_MDL_001_00070683; SKAT_MDL_001_00080795; SKAT_MDL_001_01458; SKAT_MDL_001_00060743; SKAT_MDL_001_00056852; SKAT_MDL_001_00048046; SKAT_MDL_001_00089371; SKAT_MDL_001_00082801; SKAT_MDL_001_00088872; SKAT_MDL_001_03565; SKAT_MDL_001_027929
4 WH_MDL_00037988; MPSKAT00081173; MPSKAT00085392; MPSKAT00016923; MPSKAT00165885; MPSKAT00016982; WH_MDL_00108321; MPSKAT00001427; MPSKAT00001580; MPSKAT00001626; GUNDERSON00003381; MPSKAT00001360; MPSKAT00003414; MPSKAT00000278; MPSKAT00010195; MPSKAT00018778; MPSKAT00129628; MPSKAT00131661; MPSKAT00014573
5 WH_MDL_00164969
6 WH_MDL_00162577; MPSKAT00007325; GUNDERSON00009434; MPSKAT00007256; WH_MDL_00037259; WH_MDL_00043703; WH_MDL_00043788; WH_MDL_00049841; WH_MDL_00080278; JHVM_0001854
7 ELYSIUM-05093143; KLUGMAN00007805; KLUGMAN00007806; KLUGMAN00007807; STOR00001880
8 KLUGMAN00019243; MPSKAT00007321; MPSKAT00004945; KLUGMAN00003945; WH_MDL_00020941; WH_MDL_00036441; WH_MDL_00044406; WH_MDL_00086296; WH_MDL_00059029; KLUGMAN00003565
9 MBF_0048625; ELYSIUM-05399473; MPSKAT00007016; MPSKAT00008939; WH_MDL_00090795; KLUGMAN00003356; LBR00000689; MPSKAT00000894; MPSKAT00001996; LBR00000678; PL00000563
10 WH_MDL_00029585; MPSKAT00007347; MPSKAT00007012; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00007264; WH_MDL_00049846; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RC00000056
11 LEHMAN00019473; COSTELLO00000092; COSTELLO00000013; COSTELLO00000314
12 LBR00000139-346; LBR00000126; ELYSIUM-05065630; ELYSIUM-05088638
13 FWCCAP00000194; LEHMAN00019330; ELYSIUM-05088637; ELYSIUM-05269913; FWCCAP00000407-413
14 PROPPAC00003353; ELYSIUM-05088639; ELYSIUM-05093143; PROPPACIFIC00000113; PROPPACIFIC00000317-321
15 OAKS00000066; OAKS00000085; OAKS00000294-296
16 ELYSIUM-05093143; SVP00000312-313

**APPENDIX D**

**EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS**

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan) | Beneficiary [1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate [2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership % [3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD) [4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan [5] | Adam Larosa | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.51135 | $ 142,070.45 | 66.7% | $ (94,718.37) | 90% | $ (42,616.67) | $ 4,735.21 | 3.3% |
| Xelbus LLC Pension Plan [6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | $ 2,388,605.88 | 66.7% | $ (1,592,483.54) | n/a | $ - | $ 796,122.34 | 33.3% |
| 2321 Capital Pension Plan [7] | Lake McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | $ 49,471.61 | 66.1% | $ (32,676.00) | 95% | $ (15,955.83) | $ 839.78 | 1.7% |
| Remece Investments LLC Pension Plan [8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.65433 | $ 395,378.41 | 66.3% | $ (262,135.89) | n/a | $ - | $ 133,242.52 | 33.7% |
| California Catalog Company Pension Plan [9] | Daniel Stein | FL Smidth & Co A/S | 5/16/2013 | 6/17/2013 | 777,600.00 | 5.59373 | $ 139,012.79 | 66.1% | $ (91,837.95) | 95% | $ (44,835.10) | $ 2,359.74 | 1.7% |
| DFL Investments Pension Plan [10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | $ 288,644.61 | 66.1% | $ (190,649.76) | 95% | $ (93,095.10) | $ 4,899.74 | 1.7% |
| Routrefire LLC Pension Plan [11] | Alexander Burns | A.P. Moller Maersk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | $ 556,051.15 | 66.1% | $ (367,271.78) | 90% | $ (169,901.43) | $ 18,877.94 | 3.4% |
| Michelle Investments Pension Plan [12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | $ 2,606,489.77 | 66.1% | $ (1,723,411.03) | n/a | $ - | $ 883,078.73 | 33.9% |
| Davis Investments Pension Plan [13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,500.00 | 5.73072 | $ 153,122.12 | 66.1% | $ (101,259.66) | 90% | $ (46,676.22) | $ 5,186.25 | 3.4% |
| Next Level Pension Plan [13] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | $ 242,681.26 | 66.7% | $ (161,795.60) | 95% | $ (76,841.38) | $ 4,044.28 | 1.7% |
| 2321 Capital Pension Plan [15] | Lake McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.51333 | $ 308,182.17 | 66.7% | $ (205,465.05) | 95% | $ (97,581.26) | $ 5,133.86 | 1.7% |
| Michelle Investments Pension Plan [16] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.51333 | $ 336,292.22 | 66.7% | $ (224,206.02) | n/a | $ - | $ 112,086.20 | 33.3% |
| Laegeler Asset Management Pension Plan [17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | $ 429,305.29 | 66.6% | $ (286,217.84) | n/a | $ - | $ 14,308.75 | 3.3% |
| Bowline Management Pension Plan [17] | Lake McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | $ 117,079.70 | 66.6% | $ (77,975.08) | 95% | $ (37,149.39) | $ 1,955.23 | 1.7% |
| Davis Investments Pension Plan [17] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | $ 139,355.03 | 66.6% | $ (92,908.00) | 90% | $ (41,802.33) | $ 4,644.70 | 3.3% |
| Next Level Pension Plan [17] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | $ 125,933.01 | 66.6% | $ (83,959.54) | 95% | $ (39,874.80) | $ 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan [18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | $ 199,781.64 | 66.1% | $ (132,055.66) | n/a | $ - | $ 67,725.98 | 33.9% |
| **Total** | | | | | 48,572,647.84 | | $ 8,617,457.11 | | $ (5,721,006.77) | | $ (835,108.42) | $ 2,061,341.92 | |
| *% of Tax Refunds* | | | | | | | | | 66.4% | | 9.7% | | |

Notes:
1  See Exhibit 1.01.
2  S&P Capital IQ
3  Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable. See Richard Markowitz Exhibit 2133.
4  This does not take into account additional expenses which were paid by the plan to brokers and other Solo related entities.
5  ELYSIUM-00271121, MPSKAT00044405, MPSKAT00020011
6  ELYSIUM-00280747, MPSKAT00005012
7  WH_MDL_00032812, MPSKAT00001358
8  ELYSIUM-00290947
9  JHVM_0002595, MPSKAT00022222, MPSKAT00085491
10  JHVM_0005489, MPSKAT00006416
11  JHVM_0005282, MPSKAT00010542
12  JHVM_0005262, MPSKAT00016855
13  JHVM_0000014, MPSKAT00085944
14  ELYSIUM-00184605, ELYSIUM-07041870, MPSKAT00010963
15  ELYSIUM-00184605, ELYSIUM-07041870, MPSKAT00016983
16  ELYSIUM-00184605, ELYSIUM-07041870, MPSKAT00010724
17  ELYSIUM-00152000, ELYSIUM-00269912
18  ELYSIUM-00269912, MPSKAT00143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5-D2 – Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan[5] | Richard Markowitz | Coloplast A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | $ 303,318.24 | 75.0% | $ (227,488.68) | n/a | $ - | $ 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[6] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/14/2015 | 5/22/2015 | 12,654,804.12 | 6.75566 | $ 1,877,655.79 | 75.0% | $ (1,408,241.84) | 95% | $ (445,943.25) | $ 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan[7] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | $ 3,191,522.83 | 75.0% | $ (2,393,642.12) | 93% | $ (757,986.67) | $ 39,894.04 | 1.3% |
| Routt Capital Pension Plan[8] | Richard Markowitz | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | $ 121,913.89 | 75.0% | $ (91,435.42) | n/a | $ - | $ 30,478.47 | 25.00% |
| Trailing Edge Productions LLC Roth 401(K) Plan[9] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.7974 | $ 40,256.99 | 75.0% | $ (30,192.74) | 95% | $ (9,561.03) | $ 503.21 | 1.3% |
| Tree Wind Investments LLC Roth 401(K) Plan[10] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,845.02 | 6.7974 | $ 63,530.91 | 75.0% | $ (47,648.18) | 95% | $ (15,088.59) | $ 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan[11] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,100.30 | 6.7974 | $ 115,941.43 | 75.0% | $ (86,956.08) | 95% | $ (27,536.09) | $ 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan[12] | Edwin Miller | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.7974 | $ 113,199.29 | 75.0% | $ (84,899.47) | n/a | $ - | $ 28,299.82 | 25.0% |
| Hadron Industries LLC Roth 401(K) Plan[13] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.7974 | $ 29,000.99 | 75.0% | $ (21,750.74) | n/a | $ - | $ 7,250.25 | 25.0% |
| The Random Holdings 401(K) Plan[14] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.7974 | $ 28,676.75 | 75.0% | $ (21,507.56) | n/a | $ - | $ 7,169.19 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[15] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | $ 120,278.18 | 75.0% | $ (90,208.63) | 95% | $ (28,566.07) | $ 1,503.48 | 1.3% |
| Ballast Ventures LLC Roth 401(K) Plan[16] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,203.32 | 6.7314 | $ 680,423.58 | 75.0% | $ (510,317.69) | 95% | $ (161,600.60) | $ 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan[17] | Joseph Herman | Coloplast A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | $ 265,691.77 | 75.0% | $ (199,268.83) | 93% | $ (63,101.80) | $ 3,321.15 | 1.3% |
| Starsway Logistics LLC Roth 401(K) Plan[18] | Robin Jones | Coloplast A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | $ 52,327.09 | 75.0% | $ (39,245.32) | 95% | $ (12,427.68) | $ 654.09 | 1.3% |
| Starsway Logistics LLC Roth 401(K) Plan[19] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | $ 63,038.15 | 75.0% | $ (47,278.61) | 95% | $ (14,971.56) | $ 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan[20] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | $ 292,664.02 | 75.0% | $ (219,498.01) | n/a | $ - | $ 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | $ 7,359,439.90 | 75.0% | $ (5,519,579.93) | 20.9% | $ (1,536,783.35) | $ 303,076.63 | 25.0% |

*% of Tax Refunds

Notes:
1. See Exhibit 1.02.
2. S&P Capital IQ.
3. Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable.
4. This does not take into account additional expenses which were paid by the plan to brokers and other Shah related entities.
5. ELY5838645599471; WH_MDL_0004366
6. ELY5838647846050; KC_MDL_11880
7. ELY5838647846050; KC_MDL_00964
8. ELY5838647846050
9. ELY5838647846050; WH_MDL_0012603
10. ELY5838647846050; KC_MDL_13066
11. ELY5838647846050; KC_MDL_11490
12. ELY5838647846050; WH_MDL_00008257
13. ELY5838647846050; WH_MDL_00008257
14. ELY5838647846050; WH_MDL_00002920
15. MPSKAT00010740; ELY5838647406050; ELY5838647846030; WH_MDL_00002920

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.03 - Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Maximum Potential Amount Remaining for Plan (USD) | % of Tax Refund in Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gyao 33 LLC Solo 401(K) Plan[4] | Boston Bradley, Sr. | Chr Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,296,017.82 | 5.43997 | 237,133.51 | 95.4% | (226,797.77) | 10,935.74 | 4.6% |
| Fifty(Eight)Sixty LLC Solo 401(K) Plan[4] | Danielle Tagliantti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.43654 | 426,980.22 | 88.6% | (378,304.48) | 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[4] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.48206 | 2,378,298.13 | 93.9% | (2,233,221.94) | 145,076.19 | 6.1% |
| Adview Solo 401(K) Plan[5] | Sean Patrick Driscoll | A.P. Moller Maersk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | 912,714.10 | 97.5% | (889,896.25) | 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[4] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.48206 | 324,507.69 | 94.4% | (306,335.25) | 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[6] | Vincent Natoli | Carlsberg A/S - B | 6/18/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | 204,679.79 | 95.2% | (194,855.16) | 9,824.63 | 4.8% |
| The Skybox LLC 401(K) Plan[6] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | 228,284.23 | 95.2% | (217,326.59) | 10,957.64 | 4.8% |
| The Balmoral Management LLC 401(K) Pension Plan[7] | John LaChance | A.P. Moller Maersk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | 947,285.15 | 95.2% | (901,815.46) | 45,469.69 | 4.8% |
| The MJD Wellness LLC 401(K) Plan[7] | Maryann Protass | Coleplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | 169,693.71 | 95.2% | (161,548.41) | 8,145.30 | 4.8% |
| The MPhy Holdings LLC 401(K) Plan[8] | Mitchell Protass | A.P. Moller Maersk A/S - A | 7/18/2014 | 8/7/2014 | 4,408,614.00 | 5.58256 | 789,711.89 | 95.2% | (751,805.72) | 37,906.17 | 4.8% |
| The DMR Pension Plan[9] | Deston Bradley | A.P. Moller Maersk A/S - A | 4/13/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | 1,881,878.74 | 95.0% | (1,787,784.81) | 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - A | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | 3,203,113.51 | 95.0% | (3,042,957.83) | 160,155.68 | 5.0% |
| The Joyfam Blue Pension Plan[10] | Francine Tagliantti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | 744,844.59 | 95.0% | (707,602.36) | 37,242.23 | 5.0% |
| The TT Health Consulting LLC 401(K) Plan[10] | Jana Tagliantti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | 92,378.66 | 95.0% | (87,759.72) | 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[10] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | 112,697.89 | 95.0% | (107,063.00) | 5,634.89 | 5.0% |
| The Bashy Black 401(K) Plan[10] | Monica Bradley | A.P. Moller Maersk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,011.77 | 6.7974 | 617,005.29 | 95.0% | (586,155.03) | 30,850.26 | 5.0% |
| The Canzuk Rock LLC 401(K) Plan[10] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | 120,978.30 | 95.0% | (114,929.39) | 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.75434 | 21,134.65 | 95.0% | (20,077.91) | 1,056.73 | 5.0% |
| The SKSL LLC Pension Plan[10] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | 1,151,764.43 | 95.0% | (1,094,176.21) | 57,588.22 | 5.0% |
| The Hokies Advisors LLC 401K Plan[10] | Stacey Lorjis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,811,660.80 | 6.84556 | 172,617.11 | 95.0% | (163,986.26) | 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | 100,207.33 | 95.0% | (95,196.96) | 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[10] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | 21,413.74 | 95.0% | (20,343.05) | 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - A | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.7081 | 1,907,261.16 | 95.0% | (1,811,898.10) | 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[10] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.7081 | 111,260.39 | 95.0% | (105,697.37) | 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,176,141.76 | 6.7081 | 175,742.12 | 95.0% | (166,955.01) | 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - A | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.7081 | 1,906,043.62 | 95.0% | (1,811,596.44) | 95,547.18 | 5.0% |
| The Clamp Group LLC 401(K) Plan[10] | Joseph Whalen | H Lundbeck & Co A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.7081 | 146,080.70 | 95.0% | (138,776.67) | 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | Coleplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.7081 | 277,648.54 | 95.0% | (263,766.11) | 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[10] | Cynthia Crescenzo | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | 620,442.85 | 95.0% | (589,420.71) | 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | 111,242.82 | 95.0% | (105,680.67) | 5,562.14 | 5.0% |
| The Regaleth Pension Plan[10] | Bradley Crescenzo | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | 623,608.31 | 95.0% | (592,427.89) | 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | 119,980.57 | 95.0% | (113,981.54) | 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | 623,292.08 | 95.0% | (592,127.47) | 31,164.60 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | Chr Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | 121,273.21 | 95.0% | (115,209.55) | 6,063.66 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,790,337.10 | 6.7314 | 1,145,011.52 | 95.0% | (1,100,576.44) | 57,925.08 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 7/6/2015 | 329,746.46 | 6.81756 | 48,251.22 | 95.0% | (45,838.66) | 2,226.56 | 5.0% |
| The Chambers Pension Management LLC 401(K) Plan[10] | Jeffrey Chambers | Coleplast A/S - B | 5/7/2015 | 7/6/2015 | 1,080,973.35 | 6.81756 | 158,557.22 | 95.0% | (150,629.36) | 7,927.86 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coleplast A/S - B | 5/15/2015 | 7/7/2015 | | 6.81756 | | 95.0% | | | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coleplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | 264,527.58 | 95.0% | (251,301.20) | 13,226.38 | 5.0% |
| **Total** | | | | | 148,056,127.71 | | 23,239,816.55 | 94.9% | (22,042,288.76) | 1,188,527.79 | |

*% of Tax Refunds.*

Notes:
1. See Exhibit 1.03.
2. S&P Capital IQ.
3. This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
4. ELYSIUM-04315866, ELYSIUM-02509912
5. FIFTYEIGHTSIXTY00001220, ELYSIUM-04498217, QVO650000210-212
6. NYCATX00000010, ELYSIUM-04498217? NYCATX00000294-243
7. ELYSIUM-02509912, ACKNYRW00000203, ACKNYRW00000204
8. DELGADO00000318, DELGADO00000239, ELYSIUM-02509912
9. ELYSIUM-04526660
10. ELYSIUM-07846020
11. ELYSIUM-02509913