# Exhibit 26

JOHN VAN
MERKENSTEIJN

EXHIBIT 2266

04 - 20 - 2021

exhibitsticker.com

**From:**       Richard Markowitz <rmarkowitz@argremgt.com>
**Sent:**       Monday, July 14, 2014 11:33 AM
**To:**         Gregory, Amy
**Cc:**         Wells, Peter; John H. van Merkensteijn, III; Ben-Jacob, Michael; 'mel piasek'
**Subject:**    Re: Pension Plan Formation Forms


We are aware that the maximum contribution applies across all entities. To the extent we are setting up multiple Plans/Trusts, we would be dividing any contributions among them in such a way that the maximum is not exceeded.

There is still a benefit to us for setting up multiple 401k plans, even with this "limitation" in place.

- - - - - - - - - - - - - - - - - - - - - - - -

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:
(212) 247-2600
Fax:
(212) 247-2753
Mobile:
(917) 848-5675

**From:** <Gregory>, Amy Gregory <Amy.Gregory@kayescholer.com>
**Date:** Monday, July 14, 2014 11:30 AM
**To:** RICHARD MARKOWITZ <rmarkowitz@argremgt.com>
**Cc:** Peter Wells <peter.wells@kayescholer.com>, "John Van Merkensteijn, III" <JHVM@Argremgt.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>, 'mel piasek' <epc613@optonline.net>
**Subject:** FW: FW: Pension Plan Formation Forms

Richard – Please see email below from Broad Financial. Can you answer this question?


Thanks,


Amy Gregory
Legal Assistant
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7745 | F: +1 212.836.8689
amy.gregory@kayescholer.com | www.kayescholer.com

CONFIDENTIAL

WH_MDL_00227861

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.7745) and delete the message, along with any attachments, from your computer. Thank you.

**From:** mel piasek [mailto:epc613@optonline.net]
**Sent:** Monday, July 14, 2014 11:16 AM
**To:** Gregory, Amy
**Cc:** Brian Finkelstein
**Subject:** RE: FW: Pension Plan Formation Forms

Hi Amy

Thank you for sending over all the data forms.

Quick question - have the principal owners consulted with legal tax counsel to make certain they may contribute the max Roth 401k to multiple entities while not exceeding the individual maximum ?

I am of the opinion that each principal may contribute the max $23,000 ONLY ONCE regardless of how many corp. entities they maintain. Based on my opinion, each principal would need to set up only 1 Roth 401k plan.

I'll wait to hear back from you.
Thank you,
Mel Piasek


ELITE PENSION CONSULTANTS
Consultants and Actuaries for
All Tax-Qualified Pension Plans
58 Mariner Way
Monsey, N.Y. 10952
Office:  (845) 354 - 8373
  Cell:  (845) 731 - 9154
  Fax:  (845) 354 - 7973


CONFIDENTIALITY NOTE:
This transmission may contain confidential and/or privileged information. This information is intended for use by the individual or entity named above. If you are not the intended recipient, please be aware that any disclosures, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately.


On Mon, Jul 14, 2014 at 10:06 AM, Gregory, Amy wrote:


Mel  - I have attached a few other forms for pension plan formation.

2

WH_MDL_00227862

Amy Gregory
Legal Assistant
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7745 | F: +1 212.836.8689
amy.gregory@kayescholer.com | www.kayescholer.com

---

**From:** Gregory, Amy
**Sent:** Monday, July 14, 2014 10:03 AM
**To:** 'mel piasek'
**Subject:** Pension Plan Formation Forms

Good Morning,

Attached are the proposed pension plan forms for pension plan formation. Upon your review of these forms, let me know what documents to provide to complete the process.

Your attention to this matter is greatly appreciated.

Kind regards,

Amy Gregory
Legal Assistant
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022

3

CONFIDENTIAL

WH_MDL_00227863

T: +1 212.836.7745 | F: +1 212.836.8689
amy.gregory@kayescholer.com | www.kayescholer.com

4

CONFIDENTIAL

WH_MDL_00227864